# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ANNE ORDWAY, | 1:11-cv-00616 MJS HC |
| Petitioner, | |
| v. | ORDER DENYING WITHOUT PREJUDICE PETITIONER'S MOTION REQUESTING EVIDENTIARY HEARING AND DISCOVERY |
| MILLER, Warden, | |
| Respondent. | ORDER DENYING PETITIONER'S MOTION TO STAY WITHOUT PREJUDICE |
| | [Docs. 4-5] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the present petition on April 21, 2011. Concurrently with the petition, Petitioner filed a motion to request an evidentiary hearing and production of discovery and a motion for stay and abeyance of the petition.

With regard to Petitioner's motion for evidentiary hearing and discovery, Petitioner's request for discovery is denied without prejudice. By way of separate order, the Court directed Respondent to file a response to the Petition. Under Rule 5 of the Rules Governing Section

2254 Cases, Respondent is required to indicate what transcripts are available, and attach to the response all relevant transcripts and copies of briefs and opinions of any post conviction proceedings initiated by Petitioner. See Rule 5(c)-(d). Petitioner shall be served with copies of the records filed with the response, and provided time to review the relevant documents. Should the records provided by Respondent not be adequate to address the issues presented in the response, Petitioner may file a renewed motion for discovery at that time. Therefore, Petitioner's motion requesting discovery and an evidentiary hearing is DENIED without prejudice. (ECF No. 4.)

Petitioner's motion to stay the petition also is denied without prejudice. Petitioner has not provided the Court with sufficient documentation to determine whether Petitioner has presented the Court with a mixed petition that requires Petitioner to further exhaust her remedies in the state court nor provided any other basis for staying this action. Again, after receiving Respondent's response and attached exhibits, Petitioner may move to stay the proceeding if appropriate. Therefore, Petitioner's motion to stay the proceeding is DENIED without prejudice. (ECF No. 5.)

IT IS SO ORDERED.

Dated:   October 30, 2011                    /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE