IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ANNE ORDWAY, | 1:11-cv-00616-LJO-MJS (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE |
| v. | |
| MILLER, Warden, | (Doc. 19) |
| Respondent. | THIRTY DAY DEADLINE |
| _____/ | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On December 19, 2011, Respondent filed a motion to extend time to file a response. Good cause having been presented to the Court, IT IS HEREBY ORDERED that:

Respondent is granted thirty days from the date of service of this order in which to file a response.

IT IS SO ORDERED.

Dated:   December 21, 2011         /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE