UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ANNE ORDWAY,<br><br>  Petitioner,<br><br>  v.<br><br>MILLER, Warden,<br><br>  Respondent. | 1:11-cv-00616 LJO MJS HC<br><br>ORDER DENYING PETITIONER'S<br>MOTION FOR SUMMARY JUDGMENT<br><br>[Doc. 30] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the present petition on April 21, 2011. On March 7, 2012, Respondent, as ordered, filed an answer to the petition. On March 26, 2012, Petitioner filed a motion for summary judgment asserting as grounds that Respondent's answer responded to claims in the original, rather than the amended, petition for writ of habeas corpus.

On April 24, 2012, Respondent filed an amended answer to the petition. Respondent also filed an accompanying letter acknowledging the inadvertent response to the original answer, but noting that the claims, though renumbered, were the same in both petitions. Respondent submitted an amended answer to conform to the numbering of claims present in the amended petition.

1  Petitioner's motion for summary judgment is denied. While the Federal Rules of Civil
2  Procedure may be applied to habeas proceedings, Petitioner's motion for summary judgment
3  is not appropriate in this instance. <u>See</u> Rule 12, Rules Governing Section 2254 Cases. The
4  Court ordered Respondent to address the merits of Petitioner's claims. Respondent has done
5  so. The Court shall address the merits of the petition in due course.

6  Accordingly, it is hereby ordered that Petitioner's motion of summary judgment is
7  DENIED. (ECF No. 30.)

9  IT IS SO ORDERED.

10  Dated:   March 19, 2013           /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE