1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

**PATRICIA ANNE ORDWAY,**

11                                          Petitioner,

12

13          **v.**

14

15  **MILLER, Warden,**

16                                          Respondent.

1:11-cv-00616 LJO MJS HC

**ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DENY PETITION FOR WRIT OF HABEAS CORPUS**

**ORDER DECLINING TO ISSUE A CERTIFICATE OF APPEALABILITY**

**[Doc. 39]**

17

18          Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas

19  corpus pursuant to 28 U.S.C. § 2254.

20          On May 30, 2014, the Magistrate Judge issued a Findings and Recommendation

21  that the Petition for Writ of Habeas Corpus be DENIED with prejudice. This Findings and

22  Recommendation was served on all parties with notice that any objections were to be

23  filed within thirty (30) days of the date of service of the order. Neither party filed

24  objections.

25          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has

26  conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the

27  Court concludes that the Magistrate Judge's Findings and Recommendation is

28  supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendation issued May 30, 2014, is ADOPTED;

2.   The Petition for Writ of Habeas Corpus is DENIED; and

3.   The Court DECLINES to issue a Certificate of Appealability.  28 U.S.C. § 2253(c); Slack v. McDaniel, 529 U.S. 473, 484 (2000) (in order to obtain a COA, petitioner must show: (1) that jurists of reason would find it debatable whether the petition stated a valid claim of a denial of a constitutional right; and (2) that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.  Slack v. McDaniel, 529 U.S. 473, 484 (2000). In the present case, jurists of reason would not find debatable whether the petition was properly denied. Petitioner has not made the required substantial showing of the denial of a constitutional right.

IT IS SO ORDERED.

Dated:   __July 14, 2014__                     ____/s/ Lawrence J. O'Neill____
                                                            UNITED STATES DISTRICT JUDGE