1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**PATRICIA ANNE ORDWAY,**

Petitioner,

**v.**

**MILLER, Warden,**

Respondent.

1:11-cv-00616 LJO MJS HC

**ORDER GRANTING MOTION FOR COPIES**

**[Doc. 43]**

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 30, 2014, the Magistrate Judge issued a Findings and Recommendation that the Petition for Writ of Habeas Corpus be DENIED with prejudice. On July 14, 2014 the District Court Judge adopted the Findings and Recommendation and denied the petition for writ of habeas corpus.

On September 30, 2015, Petitioner filed a motion for copies. (ECF No. 43.) Petitioner contends that she did not receive copies of several of the orders issued by this court, including the Findings and Recommendations and the Order Adopting the Findings and Recommendations. She claims that she transferred institutions at the time the orders were issued.

1

The Court hereby GRANTS Petitioner's motion for copies. The Clerk of Court is ordered to re-issue copies of the following Court orders to Petitioner: ECF Nos. 36, 39, and 40.

IT IS SO ORDERED.

Dated: __March 22, 2016__          /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE